**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1124**

In re:  JOSEPH HUSSELL; A.H.,

   Petitioners.

On Petition for Writ of Mandamus.  (2:19-cv-00101)

Submitted:  March 10, 2020                         Decided:  March 13, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Joseph Hussell; A.H., Petitioners Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Hussell, on behalf of himself and a minor, A.H., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his petition for habeas corpus under 28 U.S.C. § 2241 (2018). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the magistrate judge assigned to Hussell's case entered his proposed findings and recommendation regarding Hussell's petition for habeas corpus on February 14, 2020. Accordingly, because the district court has acted in Hussell's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
